NINA SARFATI et al., Respondents, v. M. A. HITTNER & SONS, INC., Defendant and Third-Party Plaintiff Respondent-Appellant; AMERICAN MOTORS CORP., Appellant-Respondent, et al., Third-Party Defendant-Respondent.—

Martuscello, Latham and Brennan, JJ., concur; Hopkins, Acting P. J., and Benjamin, J., concur only on the ground that the disclaimer is unconscionable and against public policy.